UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3-08-CR-0100 FDW-1 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL YEOMANS | ) | |

**ORDER FOR FINAL DETERMINATION OF RESTITUTION**

THIS MATTER is before the Court pursuant to the Memorandum and Recommendations of Special Master Joseph Grier, III. (Doc. 25). The time for Objections having now expired and for good cause shown, the Report of the Special Master as to Michael Yeomans is adopted.

The Court FINDS based on the Report of the Special Master and the record that the United States has established restitution loss by a preponderance of the evidence for purposes of 18 U.S.C. § 3663A in the amount of **$58,645,806.32**.

Further, the List of Victims and Losses attached to the Report as Schedule A—which has been compiled by the Special Master and also relates the Receivership in the case of *State of North Carolina ex rel Roy Cooper, Attorney General v. Peerless Real Estate Services, Inc.* (Case No. 07 CVS 009006, Wake County, North Carolina), discussed at length on this docket, sets forth an appropriate measure of restitution loss and an appropriate list of victims entitled to restitution.

THEREFORE, this Court respectfully ORDERS the Clerk of Court to issue Amended Judgments against Defendant in this case, providing for restitution in the total amount of **$58,645,806.32** to be distributed to victims in the amounts set forth on Schedule A to the Report

1

of the Special Master.

SO ORDERED.  Signed: August 12, 2016

Frank D. Whitney
Chief United States District Judge